COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Petty, Chafin and Senior Judge Annunziata


STRANG-HATCHER CORPORATION 27
  AND SEDGWICK CMS

                                                    MEMORANDUM OPINION[*]
v.      Record No. 1960-13-1                              PER CURIAM
                                                       FEBRUARY 4, 2014
SHARON L. SHERMAN


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (Rachel A. Riordan; Kalbaugh, Pfund & Messersmith, on briefs), for
            appellants.

            (John H. Klein; Montagna, Klein, Camden, LLP, on brief), for
            appellee.


       Strang-Hatcher Corporation 27 and Sedgwick CMS appeal the decision of the Workers'

Compensation Commission (commission) finding that Sharon L. Sherman's (claimant) ongoing

medical conditions were causally related to the compensable injury by accident and that

claimant's need for pain management treatment was reasonable, medically necessary, and

causally related to the accident.  We have reviewed the record and the commission's opinion and

find that this appeal is without merit.  Accordingly, we affirm for the reasons stated by the

commission in its final opinion.  See Sherman v. Strang-Hatcher Corp., JCN VA02000008167

(Sept. 12, 2013).  We dispense with oral argument and summarily affirm because the facts and

legal contentions are adequately presented in the materials before the Court

and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

                                                                          Affirmed.

_____

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.